FILED
CLERK, U.S. DISTRICT COURT

Dec. 11, 2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DG_____ DEPUTY

1  Eric P. Early, State Bar Number 166275
     *eearly@earlysullivan.com*
2  Scott E. Gizer, State Bar Number 221962
     *sgizer@earlysullivan.com*
3  Sophia S. Lau, State Bar Number 222333
     *slau@earlysullivan.com*
4  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
5  6420 Wilshire Boulevard, 17th Floor
   Los Angeles, California 90048
6  Telephone: (323) 301-4660
   Facsimile: (323) 301-4676

Attorneys for Defendant
COMMONWEALTH LAND TITLE INSURANCE
COMPANY

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGOP DERBOGHOSSIAN, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> COMMONWEALTH LAND TITLE INSURANCE COMPANY, a Nebraska Corporation; and DOES 1-50, inclusive, <br><br> Defendants. | Case No.: 2:13-CV-07157-SVW-PJW <br><br> X[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION <br><br> *STIPULATION FILED CONCURRENTLY HEREWITH* |



The Court, having reviewed the Stipulation to Dismiss the Action submitted by Plaintiff Hagop Derboghossian ("Plaintiff") and Defendant Commonwealth Land Title Insurance Company ("Commonwealth"), and finding good cause thereto as set forth in the Stipulation,

**IT IS THEREFORE ORDERED** that:

1. This action is hereby dismissed with prejudice; and
2. Each party shall bear their own attorney's fees and costs incurred in this action.

Date: __December 11_____, 2014

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP

By: _/s/ -- Sophia S. Lau_____
SOPHIA S. LAU
Attorneys for defendant
COMMONWEALTH LAND TITLE
INSURANCE COMPANY



[PROPOSED] ORDER RE: STIPULATION TO DISMISS ACTION

74045.1